AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

---OFFENSE CHARGED---

8 U.S.C. § 1326 - Illegal Reentry
After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

E-filing

PENALTY:

20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

---DEFENDANT - U.S.---

FEB 1 2 2008

▶ CUSTODIO MENDOZA-GUERRA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 08 0070

PJH

---PROCEEDING---

**Name of Complaintant Agency, or Person (&Title, if any)**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Erika R. Frick

---DEFENDANT---

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: February 14, 2008, at 9:30 am

Before Judge: Hon. Maria-Elena James

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

---

### UNITED STATES OF AMERICA,

### V.

CUSTODIO MENDOZA-GUERRA

CR 08 -0070 E-filing

PJH

### DEFENDANT.

---

## INDICTMENT

Title 8, United States Code, Section 1326 - Alien Found
in the United States After Deportation

---

A true bill.

_____
Foreman

Filed in open court this __12 th__ day of
_____February 2008_____

Brenda Tolbert

Clerk

Maria Elena James
United States Magistrate Judge

Bail, $ _____

**NO BAIL ARREST WARRANT**

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

**PJH**

11

**CR 08    0070**

12 | UNITED STATES OF AMERICA,               )
                                                         )
13 |         Plaintiff,                              )    VIOLATION: Title 8, United States Code,
                                                         )    Section 1326 – Alien Found in the United
14 | v.                                               )    States After Deportation
                                                         )
15 |                                                   )
    CUSTODIO MENDOZA-GUERRA,         )
16 |                                                   )    SAN FRANCISCO VENUE
            Defendant.                            )
17 | _____)

18 |                     I N D I C T M E N T

19 | The Grand Jury charges:

20 |         On or about August 2, 2001 and on or about April 13, 2005, the defendant,

21 |                         CUSTODIO MENDOZA-GUERRA,

22

23 | an alien, was excluded, deported and removed from the United States, and thereafter, on or about

24 | November 9, 2007, was found in the Northern District of California, the Attorney General of the

25 | United States and the Secretary for Homeland Security not having expressly consented to a

26 | //

27 | //

28 | //

INDICTMENT

1   //

2   re-application by the defendant for admission into the United States, in violation of Title 8,

3   United States Code, Section 1326.

4

5   DATED: *February 12, 2008*        A TRUE BILL.

6

7                               FOREPERSON

8

9   JOSEPH P. RUSSONIELLO
     United States Attorney

10

11

12   KYLE F. WALDINGER
     Deputy Chief, Major Crimes Section

13

14   (Approved as to form: _____ )
                   AUSA Frick

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT