UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: February 27, 2008                               JUDGE:  Phyllis J. Hamilton

Case No:  CR-08-0070 PJH

Case Name: UNITED STATES  v.  CUSTODIO MENDOZA-GUERRA (C)(Spanish Interpreter)

**Attorney for Plaintiff:**    Erika Frick
**Attorney for Defendant:**  Eric Hairston

**Deputy Clerk:**  Nichole Heuerman          **Court Reporter**: Belle Ball

**Interpreter:** Melinda Basker

**PROCEEDINGS**

　　　Trial Setting-Held.  The government updates the court regarding discovery.  The government informs the court that this is a fast track case.  The court refers the matter to probation to conduct a criminal history report.  Time is excluded from 2/27/08 to 3/26/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** March 26, 2008 at 1:30 p.m. for Change of Plea.

---

**EXCLUDABLE DELAY:** Category  Begins 2/27/08 Ends 3/26/08

---

**cc:**    chambers