UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: March 26, 2008**                                    **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-08-0070 PJH**

**Case Name:** UNITED STATES  v.  CUSTODIO MENDOZA-GUERRA (C)(Spanish Interpreter)


**Attorney for Plaintiff:    Erika Frick**
**Attorney for Defendant:  Eric Hairston**

**Deputy Clerk:**  Nichole Heuerman                    **Court Reporter**: Jim Yeomans

**Interpreter:** Melinda Basker


**PROCEEDINGS**

Trial Setting/Change of Plea-Held.  The parties inform the court that the criminal history report has not been completed by probation.  The request to continue the matter for three weeks is granted by the court.   Time is excluded from 3/26/08 to 4/16/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.


**CASE CONTINUED TO: April 16, 2008 at 1:30 p.m. for Change of Plea**.


-------------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 3/26/08 Ends 4/16/08
-------------------------------------------------------------------------------------------------------------------------


**cc:**     chambers