BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Mendoza-Guerra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CUSTODIO MENDOZA-GUERRA, ) <br> ) <br> Defendant. ) <br> ) | CR-08-0070 PJH <br><br> NOTICE OF WITHDRAWAL OF OBJECTION TO CRIMINAL HISTORY CALCULATION |

Having met and conferred with the government subsequent to the April 16, 2008 appearance in this matter, counsel to Custodio Mendoza-Guerra hereby withdraws his objection to the criminal history calculation set forth in his modified pre-sentence report.

DATED: April 16, 2008

　　　　　　　　　　　　　　　　　　／s／＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ERIC MATTHEW HAIRSTON
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant

NOTICE OF WITHDRAWAL OF OBJECTION
TO CRIMINAL HISTORY CALCULATION
CR 08-0070 PJH