UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 16, 2008                               **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0070 PJH

**Case Name:** UNITED STATES v. CUSTODIO MENDOZA-GUERRA (C)(Spanish Interpreter)

**Attorney for Plaintiff:** Erika Frick
**Attorney for Defendant:** Eric Hairston

**Deputy Clerk:** Nichole Heuerman         **Court Reporter:** Joan Columbini

**Interpreter:** Melinda Basker

**PROCEEDINGS**

       Trial Setting/Change of Plea-Held. Defense counsel informs the court that there is an issue regarding the criminal history calculation. The court continues the hearing one week. The parties shall meet and confer and attempt to resolve issue. If no resolution is reached each side shall submit argument not to exceed one page for the court's review no later than close of business on Friday 4/18/08. Time is excluded from 4/16/08 to 4/23/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** April 23, 2008 at 1:30 p.m. for Change of Plea.

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category   Begins 4/16/08 Ends 4/23/08
--------------------------------------------------------------------------------------------------------------------

**cc:** chambers