UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES



Date: April 23, 2008                    JUDGE: Phyllis J. Hamilton

Case No: CR-08-0070 PJH

Case Name: UNITED STATES v. CUSTODIO MENDOZA-GUERRA (C)(Spanish Interpreter)

Attorney for Plaintiff:    Erika Frick
Attorney for Defendant:    Eric Hairston

Deputy Clerk: Nichole Heuerman              Court Reporter: Jim Yeomans

Interpreter: Melinda Basker                 Probation: Cheryl Simone

PROCEEDINGS

Change of Plea-Held. The defendant is sworn. The plea agreement is signed and filed in court. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty to the sole count in the Indictment. The defendant is adjudged guilty of the offense.

Sentencing-Held. The defendant is committed to the custody of the Bureau of Prisons for a term of 51 months; 3 years supervised release with the following special condition: 1) The defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. The defendant shall pay a special assessment in the amount of $100.00, due immediately. If the defendant is not able to pay the special assessment immediately it shall be paid through the Bureau of Prison's Inmate Financial Responsibility Program.

cc:    chambers